1 BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2 MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
3 JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
4 **STEPHENSON & DICKINSON, P.C.**
5 2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
6 Telephone: (702) 474-7229
7 Facsimile: (702) 474-7237
email: admin@sdlawoffice.net
8 Attorneys for Forward Air Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HINOJOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE TJX COMPANIES, INC., a foreign corporation, d/b/a T.J. MAXX; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants.<br><hr>THE TJX COMPANIES, INC.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>FORWARD AIR, INC., and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Third Party Defendant. | CASE NO.: 2:17-CV-00154-GMN-NJK<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, CHRISTOPHER HINOJOS and Defendants, FORWARD AIR, INC. and TJX COMPANIES, INC.,

1

by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each Party to bear their own fees and costs.

| DATED this 5th day of December, 2017. | DATED this 5th day of December, 2017. |
|---|---|
| ___/s/ Bruce Scott Dickinson___<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorney for Forward Air Solutions, Inc.* | ___/s/ Joseph C. Chu___<br>RAMZY P. LADAH, ESQ.<br>Nevada Bar No.: 011405<br>JOSEPH C. CHU, ESQ.<br>Nevada Bar No.: 11082<br>LADAH LAW OFFICES<br>517 S. Third Street<br>Las Vegas, NV 89101<br>T: 702-252-0055<br>F: 702-248-0055<br>ramzy@ladahlaw.com<br>joseph@ladahlaw.com<br>*Attorneys for Plaintiff* |
| DATED this 5th day of December, 2017.<br><br>___/s/ Michael P. Lowry___<br>MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No.: 10666<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>300 S. Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br>T: 702-727-1400<br>F: 702-727-14013<br>Michael.Lowry@wilsonelser.com<br>*Attorneys for TJX Companies, Inc.* | |

## ORDER

It is so ordered this __6__ day of __December__, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2